*Felony*

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States of America
v.
JUAN CARLOS BAUTISTA

*Defendant(s)*

Case No. B-17-MJ-234

United States District Court
Southern District of Texas
FILED

FEB 9 2017

David J. Bradley, Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of 02/08/2017 in the county of Cameron in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2422(b) | using a facility and means of interstate commerce, did knowingly persuade, induce, entice and coerce an individual who had not attained the age of eighteen years, to engage in sexual activity under such circumstances as would constitute a criminal offense, or attempted to do so. |

This criminal complaint is based on these facts:

On February 8, 2017, Juan Carlos BAUTISTA was arrested at Olive Garden located in Harlingen, Texas. During an interview, BAUTISTA admitted to sending messages and arranged to meet a 13 year old female minor for the opportunity to engage in sexual intercouse.

Beginning January 19, 2017 continuing through February 8, 2017, BAUTISTA communicated via email and Kik messaging application with undercover agents whom he believed to be a mother and 13 year old female child. During the communication, BAUTISTA arranged to meet the 13 year old female minor to engage in sexual intercourse.

☐ Continued on the attached sheet.

*Complainant's Signature*

Joseph Mirino    Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Feb 9, 2017
*Date*

*Judge's signature*

Brownsville, Texas
*City and State*

Ronald G. Morgan    U.S. Magistrate Judge
*Printed name and title*