United States District Court
Southern District of Texas
FILED

MAR 07 2017

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs. | § | CRIMINAL NO. B-17-174 |
| JUAN CARLOS BAUTISTA | § | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### (Enticement of a Minor)

Between on or about January 19, 2017, through on or about February 8, 2017, in the Southern District of Texas, Defendant,

**JUAN CARLOS BAUTISTA**,

did use a facility and means of interstate and foreign commerce, that is the Internet and a cellular phone, to knowingly and intentionally attempt to persuade, induce, and entice a person whom defendant believed had not attained the age of 18 years, to engage in sexual activity for which a person can be charged with a criminal offense under the laws of the State of Texas, that is, the crime of Aggravated Sexual Assault, in violation of Texas Penal Code § 22.021(1)(B)(iii).

In violation of Title 18, United States Code, Section 2422(b).

### NOTICE OF FORFEITURE
### 18 U.S.C. § 2428(a)

Pursuant to Title 18, United States Code, Section 2428(a), the United States gives the defendant notice that in the event of conviction for the violation charged in Count One of the Indictment, the following is subject to forfeiture:

(1) All property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and

(2) All property, real or personal, constituting or derived from proceeds obtained, directly or indirectly, as a result of such violation.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
UNITED STATES ATTORNEY

*Ana C. Cano* (signature)
Ana C. Cano
Assistant United States Attorney