**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
**FILED**
OCT 3 0 2018
David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| vs. | § | **CRIMINAL NO. B-17-174-SI** |
| **JUAN CARLOS BAUTISTA** | § | |

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### (Enticement of a Minor)

Between on or about January 19, 2017, through on or about February 8, 2017, in the Southern District of Texas, Defendant,

**JUAN CARLOS BAUTISTA**,

did use a facility and means of interstate and foreign commerce, that is the Internet and a cellular phone, to knowingly and intentionally attempt to persuade, induce, and entice a person whom defendant believed had not attained the age of 18 years, to engage in sexual activity for which a person can be charged with a criminal offense under the laws of the State of Texas, that is, the crime of Aggravated Sexual Assault, in violation of Texas Penal Code § 22.021(1)(B)(iii).

In violation of Title 18, United States Code, Section 2422(b).

### COUNT TWO
### (Transfer of Obscene Material to a Minor)

On or about February 7, 2017, in the Southern District of Texas, and elsewhere, **JUAN CARLOS BAUTISTA**, defendant, knowingly used KIK mobile messaging application, an interactive computer service, which is a facility and means of interstate and foreign

commerce and attempted to transfer to another individual who he knew had not attained the age of sixteen years, obscene material, that is: Defendant **JUAN CARLOS BAUTISTA** used the KIK messaging account to send to an undercover law enforcement agent (believing the agent to be a minor female who had not attained the age of sixteen years) an image of an erect penis.

In violation of Title 18, United States Code, Section 1470.

### NOTICE OF FORFEITURE
### 18 U.S.C. § 2428(a)

Pursuant to Title 18, United States Code, Section 2428(a), the United States gives the defendant notice that in the event of conviction for the violation charged in Count One of the Indictment, the following is subject to forfeiture:

(1) All property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and

(2) All property, real or personal, constituting or derived from proceeds obtained, directly or indirectly, as a result of such violation.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

*Ana C. Cano*
_____
Ana C. Cano
Assistant United States Attorney