| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|
| United States of America | Brownsville Division |
| v. | Criminal No. B-17-174-S1 |
| JUAN CARLOS BAUTISTA | GOVERNMENT EXHIBIT LIST |
| Exhibit List of the United States of America | AUSA: Ana C. Cano & Jose A. Esquivel, Jr. |
| Judge: Fernando Rodriguez, Jr.   Clerk: Balvina Campos | Reporter: Sheila Perales |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 1 | Photo of UC "Mom" | | | | |
| 2 | Photo of UC "Minor" | | | | |
| 3 | Photo of Defendant | | | | |
| 4 | Photo of Defendant's Penis | | | | |
| 5 | Photo of Defendant's Penis | | | | |
| 6 | Photo of condoms and lubricant in defendant's car | | | | |
| 7 | Close up photo of condoms | | | | |
| 8 | Close up photo of lubricant | | | | |
| 9 | Photo of Olive Garden Restaurant | | | | |
| 10 | Miranda Waiver 2/8/17 | | | | |
| 11 | Craigslist Advertisement | | | | |
| 12 | Craigslist Emails between 1-19-17 and 1-25-17 | | | | |
| 13 | KiK messages between UC "Mom" and defendant | | | | |
| 14 | KiK messages between UC "minor" and defendant | | | | |

12/21/18